1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CITY OF SOUTH LAKE TAHOE                    No.  2:15-cv-02502-KJM-CKD
     RETIREES ASSOCIATION,
12
                    Plaintiff,
13                                               ORDER

14          v.

15   CITY OF SOUTH LAKE TAHOE,

16                  Defendant.

17

18          On May 18, 2016, the court held a hearing on defendant City of South Lake

19   Tahoe's motion to dismiss, ECF No. 8.  There was no appearance by plaintiff City of South Lake

20   Tahoe Retirees Association.  After the court discussed the case with defendant, the court took the

21   matter under submission.  Later that day, plaintiff filed a Federal Rule of Civil Procedure 60

22   motion for relief from mistake, requesting a hearing to provide oral argument on defendant's

23   motion and stating that it did not appear at the hearing because its cloud-based calendaring system

24   and its network platform calendaring system had a synchronization error.  ECF No. 21 at 2.

25   Plaintiff also argues the fact that the hearing had been vacated and reset twice, the first time at the

26   parties' request and a second time by the court, caused additional confusion.  *Id.*

27          The court finds a Rule 60 motion to be inapplicable here as a mere hearing on

28   defendant's motion to dismiss is not a final judgment, order or proceeding.  Fed. R. Civ. P. 60(b).

                                                   1

1 Plaintiff's motion is thus DENIED.  An order to show cause as to why plaintiff did not appear at

2 the hearing on defendant's motion to dismiss will not be issued, as the court had previously

3 contemplated.  The court confirms that the matter is submitted, and a written order will follow.

4 This order RESOLVES ECF No. 21, and the hearing set on June 17, 2016 for plaintiff's Rule 60

5 motion is VACATED.

6          IT IS SO ORDERED.

7  DATED: May 23, 2016

8

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28