UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SOUTH LAKE TAHOE RETIREES ASSOCIATION,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE,<br><br>        Defendant. | Case No.  2:15-cv-02502-KJM-CKD<br><br><u>ORDER AMENDING SCHEDULING ORDER</u> |

Pursuant to the joint request of the parties to amend dates in the Court's Amended

Scheduling Order (ECF No. 41), good cause appearing, the Court grants this request as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | Friday, September 1, 2017 | Friday, December 1, 2017 |
| Expert Disclosures | Friday, September 1, 2017 | Friday, December 1, 2017 |
| Supplemental Expert Disclosures | Friday, September 22, 2017 | Friday, December 22, 2017 |
| Completion of Expert Discovery | Friday, October 20, 2017 | Friday, January 19, 2018 |
| All Dispositive Motions | Friday, November 3, 2017 | Friday, February 9, 2018 |
| File Joint Pretrial Conference Statement | Friday, March 2, 2018 | Vacated and to be reset after court resolves dispositive motions. |
| Final Pretrial Conference | Friday, March 23, 2018 | Vacated and to be reset after court resolves |

| | | |
|---|---|---|
| | | dispositive motions. |
| Trial Briefs Due | Monday, April 30, 2018 | Vacated and to be reset after court resolves dispositive motions. |
| Jury Trial | Monday, May 14, 2018 | Vacated and to be reset after court resolves dispositive motions. |

All other provisions of the initial scheduling order (ECF No. 28) remain in effect.

IT IS SO ORDERED.

DATED: August 10, 2017

_____
UNITED STATES DISTRICT JUDGE

OAK #4837-8955-9372 v1