UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SOUTH LAKE TAHOE RETIREES ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE,<br><br>Defendants. | Case No. 2:15-CV-02502-KJM-CKD<br><br><u>ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED AND SUPPLEMENTAL COMPLAINT</u> |

      This matter is before the court on the motion for leave to file a Second Amended and Supplemental Complaint by plaintiff City of South Lake Tahoe Retirees Association (CSLTRA) pursuant to Fed. R. Civ. P. 15(a)(2) and 15(d). ECF No. 60. Defendant City of South Lake Tahoe has filed a statement of non-opposition to this motion. ECF No. 67.

      Good cause appearing, CSLTRA's motion is GRANTED. The Clerk of the Court is directed to file on the docket the Second Amended and Supplemental Complaint that is attached as Exhibit 1 to the Declaration of Joseph W. Rose accompanying CSLTRA's motion. *See* ECF No. 60-1. Defendant shall have 21 days to answer or otherwise respond to CSLTRA's Second Amended and Supplemental Complaint.

      IT IS SO ORDERED.

DATED: September 11, 2017

                                                UNITED STATES DISTRICT JUDGE

1