UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SOUTH LAKE TAHOE RETIREES ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE,<br><br>Defendant. | No. 2:15-CV-02502-KJM-CKD<br><br>ORDER |

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

By stipulation of the parties, the hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 63, set for 9/22/2017, is VACATED and RESET for 12/8/2017 at 10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller.

The hearing on Plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint (SAC), ECF No. 60, set for 9/22/2017, is VACATED.

Under Local Rule 144, Defendant will have an extension of time of twenty-eight (28) days beyond the last day to respond to Plaintiff's SAC, which was established by an order of the court. ECF No. 74. As recognized in the parties' stipulation, ECF No. 76, Defendant's response to Plaintiff's SAC is due on October 30, 2017.

/////

IT IS SO ORDERED.

DATED: September 21, 2017.

_____
UNITED STATES DISTRICT JUDGE